IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUTO GROUP PREMIER, INC. D/B/A ROGER BEASLEY MAZDA OF GEORGETOWN | § § § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-00145-RP |
| CLEAR BLUE SPECIALTY INSURANCE COMPANY | § § § | |

**STIPULATION OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Auto Group Premier, Inc. d/b/a Roger Beasley Mazda of Georgetown and Defendant Clear Blue Specialty Insurance Company, by and through undersigned counsel, hereby stipulate that all claims and defenses that were brought or that could have been brought by the parties in this case be dismissed from this action with prejudice, with the parties bearing their own attorneys' fees and costs.

                         Respectfully submitted,

                         Karen C. Burgess
                         State Bar No. 00796276
                         Email: kburgess@burgesslawpc.com
                         Katie Dolan-Galaviz
                         State Bar No. 24069620
                         Email: kgalaviz@burgesslawpc.com
                         **BURGESS LAW PC**
                         404 West 13th Street
                         Austin, Texas 78701-1825
                         Telephone: (512) 482-8808
                         Facsimile: (512) 900-6325

Dated: September 3, 2024

                               */s/ Karen C. Burgess*
By: _____
                         Karen C. Burgess
                         State Bar No. 00796276

                         **ATTORNEYS FOR PLAINTIFF AUTO GROUP PREMIER, INC. D/B/A ROGER BEASLEY MAZDA OF GEORGETOWN**

                         */s/ Ashley B. Pedigo* (w/ permission)
                         _____
                         Steven J. Badger
                         Texas Bar No. 01499050
                         sbadger@zellelaw.com
                         Ashley B. Pedigo
                         Texas Bar No. 24095731
                         apedigo@zellelaw.com

                         **ZELLE LLP**
                         901 Main Street, Suite 4000
                         Dallas, TX  75202-3975
                         Telephone: (214) 742-3000
                         Facsimile: (214) 760-8994

                         **ATTORNEYS FOR DEFENDANT CLEAR BLUE SPECIALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 3, 2024, the foregoing was electronically filed with the Court by using the Western District of Texas' CM/ECF filing system, which provided notice of the filing to all CM/ECF participants.

*/s/ Karen C. Burgess*

_____

Karen C. Burgess